UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID GRIEB and STOYA GRIEB, husband and wife, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | NO. CV-09-5092-RHW<br><br>**ORDER OF REMAND** |

By previous order, the Court directed Defendant to show cause why the above-captioned matter should not be remanded to Benton County Superior Court for lack of subject matter jurisdiction (Ct. Rec. 6). The parties have since filed a Stipulation Regarding Damages and Order of Remand to Superior Court (Ct. Rec. 7), stipulating that the claim for damages in this matter shall not exceed $75,000, and that this Court therefore lacks jurisdiction.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation Regarding Damages and Order of Remand to Superior Court (Ct. Rec. 7) is **GRANTED**.

2. The above-captioned matter is **dismissed and remanded** to Benton County Superior Court.

///
///
///
///

**ORDER OF REMAND** * 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file**.

**DATED** this 22nd day of February, 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2009\Grieb\remand.ord.wpd

**ORDER OF REMAND** * 2